```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


ASIAN PACIFIC AMERICAN          )
employees including, ALFRED     )
LAM, PAULA LEIATO, FRANK        )    No. C 10-4641 BZ
CHEN, GREGORY CHIN, on          )
behalf of themselves and        )
representatives of the class    )
of the same or similarly        )    ORDER TO SHOW CAUSE
situated CCSF employees,        )
                                )
            Plaintiff(s),       )
                                )
     v.                         )
                                )
GAVIN NEWSOM, in his            )
professional capacity as        )
Mayor of CCSF and CCSF Board    )
of Supervisors, as a            )
municipality and polictical     )
subdivision of the State of     )
California,                     )
                                )
            Defendant(s).       )
_____)
```

Plaintiffs filed this action on October 14, 2010. To date, plaintiffs have not filed proof that they served their complaint on defendants. A Case Management Conference was scheduled for April 25, 2011. Docket No. 2. Plaintiffs failed to appear at the Case Management Conference and had not sought to have their presence excused. Plaintiffs also failed

1

to file a Case Management Conference Statement.  Plaintiffs are therefore **ORDERED** to show cause in writing by **May 10, 2011** why this case should not be dismissed for lack of prosecution, for failure to comply with Court orders, and for failure to serve under Federal Rules of Civil Procedure 4(m).  A hearing on the Order to Show Cause is scheduled for **May 23, 2011 at 4:00 p.m.**, Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 27, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ASIAN PACIFIC V. NEWSOM\OSC.wpd