```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     NORTHERN DISTRICT OF CALIFORNIA
10
11   ASIAN PACIFIC AMERICAN        )
     employees including, ALFRED   )
12   LAM, PAULA LEIATO, FRANK      )    No. C 10-4641 BZ
     CHEN, GREGORY CHIN, on        )
13   behalf of themselves and      )
     representatives of the class  )
14   of the same or similarly      )
     situated CCSF employees,      )
15                                 )
              Plaintiff(s),        )    ORDER DISCHARGING ORDER TO
16                                 )    SHOW CAUSE AND SCHEDULING
          v.                       )    CASE MANAGEMENT CONFERENCE
17                                 )
     GAVIN NEWSOM, in his          )
18   professional capacity as      )
     Mayor of CCSF and CCSF Board  )
19   of Supervisors, as a          )
     municipality and political    )
20   subdivision of the State of   )
     California,                   )
21                                 )
              Defendant(s).        )
22   _____)
```

23       In as much as plaintiff's have now retained counsel who

24  have filed an appearance, **IT IS ORDERED:** (1) The Order to Show

25  Cause is **DISCHARGED** on condition that the complaint be served

26  within 30 days; (2) The hearing scheduled for **May 23, 2011** is

27  ///

28  ///

**VACATED**; (3) A case management conference is scheduled for **June 27, 2011, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 12, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ASIAN PACIFIC V. NEWSOM\ORDER DISCHARGING OSC.wpd