UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIAN PACIFIC AMERICAN employees including, ALFRED LAM, PAULA LEIATO, FRANK CHEN, GREGORY CHIN, on behalf of themselves and representatives of the class of the same or similarly situated CCSF employees,<br><br>        Plaintiff(s),<br><br>    v.<br><br>GAVIN NEWSOM, in his professional capacity as Mayor of CCSF and CCSF Board of Supervisors, as a municipality and polictical subdivision of the State of California,<br><br>        Defendant(s). | No. C 10-4641 BZ<br><br>**SECOND ORDER TO SHOW CAUSE** |

    Plaintiffs filed this action on October 14, 2010.  They did not serve their complaint on defendants nor did they appear at the scheduled case management conference on April 25, 2011.  I ordered plaintiffs to show cause in writing why this case should not be dismissed.  Docket No. 4.

    In response to the order to show cause, counsel appeared

1

1 | for plaintiffs and asked for a short period of time to
2 | familiarize himself with this matter.  Docket No. 6.  On May
3 | 12, 2011, I discharged the order to show cause on the
4 | condition that plaintiffs serve the complaint on defendants
5 | within 30 days.  Docket No. 7.  I also scheduled a case
6 | management conference for June 27, 2011.  <u>Id.</u>

7 | Plaintiffs failed to appear at the June 27, 2011 case
8 | management conference and had not sought to have their
9 | presence excused.  Nor have plaintiffs filed proof that they
10 | served their complaint on defendants as previously ordered.
11 | Plaintiffs are therefore **ORDERED** to show cause in writing by
12 | **July 13, 2011** why this case should not be dismissed for lack
13 | of prosecution, for failure to comply with Court orders, and
14 | for failure to serve under Federal Rules of Civil Procedure
15 | 4(m).  A hearing on the Order to Show Cause is scheduled for
16 | **July 26, 2011 at 4:00 p.m.** in Courtroom D, 15th Floor, Federal
17 | Building, 450 Golden Gate Avenue, San Francisco, California
18 | 94102.

19 | Dated: June 28, 2011

20 | _____
21 | Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ASIAN PACIFIC V. NEWSOM\OSC 2.wpd