UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| ALFRED LAM, et al.<br><br>            Plaintiffs,<br>   v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>            Defendants.<br>_____/ | No. C 10-04641 PJH (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: June 11, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 10-04641 PJH (LB)
NOTICE OF REFERRAL AND ORDER