1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  LAUREN M. MONSON State Bar #194798
   RAFAL OFIERSKI State Bar #242819
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3856
   Facsimile:    (415) 554-4248
7  E-Mail:       lauren.monson@sfgov.org

8
   Attorneys for Defendant
9  CITY AND COUNTY OF SAN FRANCISCO

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13  ALFRED LAM, PAULA LEIATO,              Case No. CV 10-04641PJH
    GREGORY CHIN, and FRANK CHEN
14                                         **STIPULATION TO DISCOVERY,**
          Plaintiffs,                      **DISPOSITIVE MOTION, AND TRIAL DATES**
15                                         **and [~~PROPOSED~~] ORDER**
          vs.                               AS MODIFIED BY THE COURT
16
    THE CITY AND COUNTY OF SAN
17  FRANCISCO, a municipality and political
    subdivision of the State of California,
18  TIMOTHY DIESTEL, DENNIS DOYLE,
    ALFRED FLECK, CHARLES LEWIS, TONI
19  RATCLIFF POWELL, JOHN RADOGNO,
    TAMARA RATCLIFF, MILDRED SINGH,
20  ROBERT TAYLOR, BARRY YOUNG in
    their individual and professional capacity.
21
          Defendants.
22

23
          PLEASE TAKE NOTICE that per the court's June 8, 2012 Order, the defendant City and
24
    County of San Francisco ("Defendant") and plaintiffs Alfred Lam, Paula Leiato, Gregory Chin, and
25
    Frank Chen ("Plaintiffs") jointly file this stipulation to discovery and dispositive motion hearing
26
    deadlines.  Due to the time required for discovery and dispositive motions in this matter, the parties
27
    also seek and stipulate to a new trial date, as outlined below.
28

1   **IT IS STIPULATED BY THE PARTIES AS FOLLOWS:**

2   Discovery Cutoff:        ~~January 25, 2013~~   March 27, 2013

3   Dispositive Motion Hearing:  ~~May 22, 2013~~   June 26, 2013

4   Expert Discovery:        ~~June 21, 2013~~   July 31, 2013

5   Trial Date:              ~~August 12, 2013~~   November 18, 2013 for 6 days

6   Pretrial Conference:   October 24, 2013

7   Dated:  July 6, 2012

8                                        DENNIS J. HERRERA
                                         City Attorney
9                                        ELIZABETH S. SALVESON
                                         Chief Labor Attorney
10                                       LAUREN M. MONSON
                                         Deputy City Attorney
11

12
                                         By:____/s/ Lauren M. Monson_____
13                                          LAUREN M. MONSON
                                            Attorneys for Defendant
14                                          CITY AND COUNTY OF SAN FRANCISCO

15
    Dated:  July 6, 2012
16

17
                                         By:____/s/ Dow Patten_____
18                                          DOW PATTEN
                                            Attorney for Plaintiffs
19                                          ALFRED LAM, FRANK CHEN, PAULA LEIATO,
                                            AND GREGORY CHIN
20

21
    **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
22

23  Dated: 7/13/12

24                                       _____
                                         THE HONORABLE PHYLLIS J. HAMILTON
25                                       U.S. DISTRICT COURT JUDGE

26

27

28

Stipulation to Discovery, Motion, and Trial Dates          2          n:\labor\li2011\120110\00783904.doc
CASE NO. CV 10-04641PJH