DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
LAUREN M. MONSON State Bar #194798
RAFAL OFIERSKI State Bar #242819
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3856
Facsimile:    (415) 554-4248
E-Mail:       lauren.monson@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED LAM, PAULA LEIATO, GREGORY CHIN, and FRANK CHEN<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, a municipality and political subdivision of the State of California, TIMOTHY DIESTEL, DENNIS DOYLE, ALFRED FLECK, CHARLES LEWIS, TONI RATCLIFF POWELL, JOHN RADOGNO, TAMARA RATCLIFF, MILDRED SINGH, ROBERT TAYLOR, BARRY YOUNG in their individual and professional capacity.<br><br>Defendants. | Case No. CV 10-04641PJH<br><br>**STIPULATION TO DISCOVERY, DISPOSITIVE MOTION, AND TRIAL DATES and [~~PROPOSED~~] ORDER**<br> AS MODIFIED BY THE COURT |

PLEASE TAKE NOTICE that per the court's June 8, 2012 Order, the defendant City and County of San Francisco ("Defendant") and plaintiffs Alfred Lam, Paula Leiato, Gregory Chin, and Frank Chen ("Plaintiffs") jointly file this stipulation to discovery and dispositive motion hearing deadlines.  Due to the time required for discovery and dispositive motions in this matter, the parties also seek and stipulate to a new trial date, as outlined below.

**IT IS STIPULATED BY THE PARTIES AS FOLLOWS:**

| | | |
|---|---|---|
| Discovery Cutoff: | ~~January 25, 2013~~ | March 27, 2013 |
| Dispositive Motion Hearing: | ~~May 22, 2013~~ | June 26, 2013 |
| Expert Discovery: | ~~June 21, 2013~~ | July 31, 2013 |
| Trial Date: | ~~August 12, 2013~~ | November 18, 2013 for 6 days |
| Pretrial Conference: | October 24, 2013 | |

Dated: July 6, 2012

                DENNIS J. HERRERA
                City Attorney
                ELIZABETH S. SALVESON
                Chief Labor Attorney
                LAUREN M. MONSON
                Deputy City Attorney

                By:   /s/ Lauren M. Monson
                LAUREN M. MONSON
                Attorneys for Defendant
                CITY AND COUNTY OF SAN FRANCISCO

Dated: July 6, 2012

                By:   /s/ Dow Patten
                DOW PATTEN
                Attorney for Plaintiffs
                ALFRED LAM, FRANK CHEN, PAULA LEIATO,
                AND GREGORY CHIN

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 7/13/12

_____
THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE

*[Signature stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*