UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED LAM, et al.,

    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).

_____/

No. C 10-4641 PJH

**ORDER VACATING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

    This matter having been stayed pending appeal in related case, *Lam v. CCSF*, C08-4702, and that appeal having been resolved on March 25, 2014, the stay imposed August 3, 2012, is VACATED, and the parties are ORDERED to appear at a case management conference on **April 17, 2014, at 2:00 p.m.** A joint case management statement shall be filed no later than 7 days before the conference.

    **IT IS SO ORDERED.**

Dated: March 27, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge