**RECEIVED**

MAY -7 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: 10-04641 PJH

**SEEKING ORDER GRANTING PLAINTIFF(s), SUBSTITUTION OF ATTORNEY**

ALFRED LAM, et al.
                                                              Plaintiffs,
Vs.

CITY & COUNTY OF SAN FRANCISCO, et al.
                                                              Defendants,

Notice is hereby given that, subject to approval by the court, Alfred Lam, Paula Leiato, Gregory Chin and Frank Chen substitutes In Pro Per, as counsel of record in place of Spencer Smith and Dow Patten (Law Office of Smith Patten)
**(Name of Attorney (s) Termination of Appearance)**

Contact information for Plaintiffs (In Pro Per) is as follows:
Gregory Chin
3315 Park Ridge Drive Richmond, CA 94806

I consent to the above substitution.

Date: 5/7/2014

_____
(Signature of Party (s))

I consent to the above substitution.

Date: 5/7/2014

_____
(Signature of Plaintiffs in Pro Per)

The termination of attorney(s) is hereby approved and so ORDERED.

Date: 5/13/14

_____
Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton