**RECEIVED**

MAY - 7 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: 10-04641 PJH

**SEEKING ORDER GRANTING
PLAINTIFF(s), SUBSTITUTION OF ATTORNEY**

ALFRED LAM, et al.
                Plaintiffs,

Vs.

CITY & COUNTY OF SAN FRANCISCO, et al.
                Defendants,

Notice is hereby given that, subject to approval by the court, Alfred Lam, Paula Leiato, Gregory Chin and Frank Chen substitutes In Pro Per, as counsel of record in place of Spencer Smith and Dow Patten (Law Office of Smith Patten)
**(Name of Attorney (s) Termination of Appearance)**

Contact information for Plaintiffs (In Pro Per) is as follows:
Alfred Lam
P.O. Box 16376 San Francisco, CA 94116.  Telephone: (415) 992-0071

I consent to the above substitution.

Date: 5/7/2014            _Alfred Lam_
                       (Signature of Party (s))

I consent to the above substitution.

Date: 5/7/2014            _Alfred Lam_
                       (Signature of Plaintiffs in Pro Per)

The termination of attorney(s) is hereby approved and so ORDERED.

Date: 5/13/14

Judge
IT IS SO ORDERED
Judge Phyllis J. Hamilton

## Certificate of Service

The undersigned hereby certified that one copy of this PROPOSED ORDER OF GRANTING PLAINTIFFS (ALFRED LAM, FRANK CHEN, GREGORY CHIN AND PAULA LEIATO), SUBSTITUTION OF ATTORNEY was sent to counsels for the Defendants and former counsels for the Plaintiffs by priority U.S. mail on 5/7/2014.

City and County of San Francisco, Defendant

Lauren Monson and Rafal Ofierski, Assistant City Attorney

San Francisco City Attorney's Office

Fox Plaza 7th Floor 1390 Market Street, San Francisco, CA 94102-5408

Law Office of Smith Patten

Spencer Smith and Dow Patten, Esq

353 Sacramento St, Suite 1120

San Francisco, CA 94111

_____

Alfred Lam

P.O. Box 16376 San Francisco, CA 94116