UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFRED LAM, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 4:10-cv-04641-PJH (LB)<br><br>**ORDER DENYING WITHOUT PREJUDICE THE PLAINTIFFS' MOTION TO COMPEL FILED ON AUGUST 6, 2015**<br><br>[Re: ECF No. 141] |

    Judge Hamilton referred all discovery disputes in this case to the undersigned. (6/6/2012 Minute Order, ECF No. 48.[1]) The court previously told the parties that they must comply with the undersigned's standing order when bringing discovery disputes to the court's attention. (Notice of Referral, ECF No. 50 (attaching standing order); 7/23/2015 Order, ECF No. 132 at 6 (stating that the parties must meet and confer regarding discovery disputes and may thereafter file a joint letter brief).) The parties may not file formal discovery motions. Instead, the standing order requires the parties to meet and confer in an attempt to resolve their discovery disputes, and if they cannot resolve them, to file a joint letter brief.

    Nonetheless, on August 6, 2015, the plaintiffs filed a motion to compel the defendants to

---

[1] Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page numbers at the tops of the documents.
Order (No: 4:10-cv-04641-PJH (LB))

respond to their interrogatories, requests for admission, and request for production of documents. (Motion to Compel, ECF No. 141 at 2-3.) They also ask for more time to respond to the defendants' discovery. (*Id.* at 3.) The plaintiffs also improperly noticed the motion for hearing on August 13, 2015 in violation of Civil Local Rule 7-2(a), which provides that, "[e]xcept as otherwise ordered or permitted by the assigned Judge or these Local Rules, and except for motions made during the course of a trial or hearing, all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion."

The court denies without prejudice the plaintiffs' motion to compel because they did not comply with the standing order (attached).

This disposes of ECF No. 141.

**IT IS SO ORDERED.**

Dated: August 10, 2015            _____
                                  LAUREL BEELER
                                  United States Magistrate Judge

ORDER (No. 4:10-cv-04641-PJH (LB))

2