United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFRED LAM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 4:10-cv-04641-PJH (LB)<br><br>**ORDER REGARDING THE CCSF'S LETTER FILED ON AUGUST 13, 2015**<br><br>[Re: ECF No. 143] |

The defendant City and County of San Francisco ("CCSF") filed a letter on August 13, 2015 that details several discovery problems. (Letter, ECF No. 143.) The court orders the following. The plaintiffs must serve their initial disclosures and provide their amended and supplemental responses to the CCSF's discovery immediately and no later than August 18, 2015. Ms. Leiato must provide a working telephone number to the city attorney by then. The parties are ordered to appear at their scheduled depositions. The CCSF may file a short update by 11 a.m. on August 19, 2015. If the plaintiffs have not complied with the court's orders, they are ordered to appear at 11:00 a.m. on August 20, 2015 in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102 to show cause for their failure to do so. The plaintiffs are warned that if they fail to participate in discovery or comply with the court's orders to do so, they risk sanctions, including monetary sanctions or dismissal of their case.

Order (No: 4:10-cv-04641-PJH (LB))

1   This disposes of ECF No. 143.

2   **IT IS SO ORDERED.**

3   Dated: August 14, 2015

_____

4   LAUREL BEELER
United States Magistrate Judge