UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED LAM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 10-cv-04641-PJH<br><br>**ORDER RE MOTIONS TO SUBSTITUTE ATTORNEY** |

On September 30, 2015, plaintiffs filed motions to substitute Bruce Janke as attorney for Alfred Lam, Paula Leiato, and Gregory Chin, each of whom was previously proceeding pro se. However, the substitution forms were filled out incorrectly. For instance, plaintiff Lam's form (Dkt. 159) states that "plaintiff Alfred Lam substitutes himself . . . as counsel of record in place of Bruce C. Janke." The form should read the opposite way, stating that Bruce Janke is being substituted for each plaintiff. Also, under the section asking for "contact information for new counsel," each form lists the contact information for the plaintiffs themselves, rather than for their new counsel. Accordingly, the motions are DENIED in order so that they can be re-filed.

Finally, plaintiffs also filed a substitution form on behalf of Gregory Chin, who voluntarily dismissed his claims on January 14, 2015, and thus is no longer a plaintiff. No new form shall be filed on his behalf.

**IT IS SO ORDERED.**

Dated:  October 1, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge