UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED LAM, et al.,

        Plaintiffs,

        v.

THE CITY & COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No. 10-cv-4641-PJH

**ORDER RE MOTIONS TO AMEND SECOND PRETRIAL ORDER**

        Both parties in the above-captioned case have filed motions to amend the operative second pretrial order. As indicated by the title "second pretrial order," the court has already amended the pretrial order once, in order to extend the discovery period to allow the parties to complete depositions. Specifically, on July 31, 2015, the court extended the deposition deadline from August 7, 2015 until October 16, 2015. See Dkt. 138. In order to accommodate that extension, the court continued the dispositive motion hearing date from October 21, 2015 to December 23, 2015; the pretrial conference date from February 4, 2016 to April 1, 2016; and the trial date from February 29, 2016 to May 9, 2016.

        Now, on the eve of the extended deposition deadline, the parties seek another extension. Having already received 60-day extensions of the above dates, the parties now each seek an additional 90 days. The court DENIES the parties' requested relief.

        The court will, however, briefly extend the deadline for the parties to take depositions, which also necessitates a continuance of the dispositive motion dates. Specifically, the court will allow the parties until **November 27, 2015** to complete

depositions. The court rejects defendants' request for a one-way extension, which would extend the date for defendants, but not plaintiffs, to conduct depositions; and the court also rejects plaintiffs' request to reopen discovery for all purposes. Both parties shall have until November 27, 2015 to complete depositions, and the period for written discovery remains closed.

As a result of that extension, the court also imposes the following amended deadlines for dispositive motions.

| | |
|---|---|
| Opening briefs: | December 9, 2015 |
| Opposition briefs: | December 23, 2015 |
| Reply briefs: | December 30, 2015 |
| Hearing date: | January 13, 2016 |

If either party wishes to file its motion for summary judgment earlier than December 9, 2015, it may do so, and the briefing schedule set forth in Civil Local Rule 7-3 will apply (i.e., oppositions must be filed no more than 14 days after the motion, and replies must be filed no more than 7 days after the opposition is due).

Importantly, the dates for expert disclosures (February 12, 2016), expert discovery cutoff (March 18, 2016), the pretrial conference (April 1, 2016), and the trial date (May 9, 2016) shall remain unchanged.

No further extensions of these dates will be considered.

**IT IS SO ORDERED.**

Dated: October 9, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge