UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED LAM, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>          Defendants. | Case No. 10-cv-4641-PJH<br><br>**JUDGMENT** |

This action came on for hearing before the court, and the issues having been duly heard and the court having granted defendants' motion for summary judgment,

it is Ordered and Adjudged

that judgment is entered in favor of defendants, and against plaintiffs, on the claims asserted against them.

**IT IS SO ORDERED.**

Dated: March 7, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge