UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED LAM, et al.,

          Plaintiffs,

      v.

THE CITY & COUNTY OF SAN FRANCISCO, et al.,

          Defendants.

Case No.  10-cv-04641-PJH

**ORDER DENYING MOTION FOR RECONSIDERATION**

Re: Dkt. No. 232

Before the court is plaintiff Alfred Lam's motion for reconsideration of the court's order on the taxation of costs (Dkt. 232).  This is plaintiff's fourth attempt to object to the taxation of costs and the second motion for reconsideration of the court's May 19, 2016 order on taxation of costs.  The motion is repetitive, and untimely, and is hereby DENIED.

**IT IS SO ORDERED.**

Dated:  August 2, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge